11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Gladys Hernandez,                              * From the 385th District
                                                 Court of Midland County,
                                                 Trial Court No. CV47188

Vs. No. 11-11-00182-CV                         * July 18, 2013

Select Medical Corporation and Select          * Memorandum Opinion by McCall, J.
Specialty Hospital-Midland, Inc.,                (Panel consists of: Wright, C.J.,
                                                 McCall, J., and Willson, J.)


This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is modified to provide that all costs are taxed against Gladys Hernandez. As modified, we affirm the order of the trial court. The costs incurred by reason of this appeal are taxed against Gladys Hernandez.